```
TIMOTHY COURCHAINE
Acting United States Attorney
District of Arizona
MONICA E. RYAN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: monica.ryan@usdoj.gov
Attorneys for Plaintiff
```

FILED 2025 JUL 16 PM 12:03

CR25-03241 TUC-JGZ(MAA)

**VICTIM**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Abraham Manuelito Munoz,<br><br>　　　　　Defendant. | **I N D I C T M E N T**<br><br>Violations:<br>18 U.S.C. §§ 1111 and 1153<br>(Second Degree Murder)<br>Count 1<br><br>18 U.S.C. §§ 113(a)(6) and 1153<br>(Assault Resulting in Serious Bodily Injury)<br>Count 2 |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about June 19, 2025, in the District of Arizona, within the confines of the Pascua Yaqui Nation, Indian Country, ABRAHAM MANUELITO MUNOZ, an Indian, did with malice aforethought, unlawfully kill M.M, in violation of Title 18, United States Code, Sections 1111 and 1153.

### COUNT 2

On or about June 19, 2025, in the District of Arizona, within the confines of the Pascua Yaqui Nation, Indian Country, ABRAHAM MANUELITO MUNOZ, an Indian,

did intentionally, knowingly, and recklessly assault M.M., resulting in serious bodily injury, in violation of Title 18, United States Code, Sections 113(a)(6) and 1153.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: July 16, 2025

REDACTED FOR PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
MONICA E. RYAN
Assistant U.S. Attorney

*United States of America v. Abraham Manuelito Munoz*
*Indictment Page 2 of 2*